**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry Wilson ) | Chapter 7 |
| ) | Case No. 08-51179-SCS |
| ) | |
| Debtor. ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND**

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Henry Wilson (collectively, the "Debtor"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on September 27, 2010, a check in the amount of $2.09 constituting the dividend owed to the following creditor in this case:

> Tennessee Dept. of Revenue
> c/o Attorney General
> P.O. Box 20207
> Nashville, TN 37202
> (Claim #000001A)

Respectfully submitted,

/s/David R. Ruby
David R. Ruby
Chapter 7 Trustee

Date of Report: September 29, 2010

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
MCSWEENEY, CRUMP, CHILDRESS & TEMPLE, P. C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
E-mail: druby@mcsweeneycrump.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2010, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Kenneth N. Whitehurst, III, Esquire*
Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.gov]

Kelly M. Barnhart, Esquire*
Roussos, Lassiter, Glanzer & Marcus, P.L.C.
580 E. Main St., Suite 300
P.O. Box 3127
Norfolk, Virginia 23514-3127
[Debtor's Counsel]

Tennessee Dept. of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202
[Claimant]

                                                  /s/ David R. Ruby
                                                  David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]